IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>    Defendant. | 1:06cv1663 DLB<br><br>ORDER DIRECTING CLERK TO ISSUE A SCHEDULING ORDER IN A SOCIAL SECURITY APPEAL<br><br>ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH HIS CONFIDENTIAL LETTER BRIEF WITHIN THIRTY DAYS |

      On November 15, 2006, Plaintiff, appearing pro se, filed the present action for judicial review of the denial of Social Security benefits. Defendant lodged the Administrative Record on June 25, 2007.

      Plaintiff has taken no further action. It appears, however, that a Scheduling Order, which automatically issues in Social Security appeals and sets forth the schedule pursuant to which this action should proceed, was not issued. Plaintiff, appearing pro se, may therefore not be aware of the normal procedures in a Social Security appeal.

      Accordingly, the Clerk of Court is DIRECTED to issue a Scheduling Order.

1

1  Plaintiff is ORDERED to serve Defendant with his confidential letter brief, pursuant to the
2 terms of the Scheduling Order, within thirty (30) days of the date of service of this order.  The parties
3 shall thenafter follow the assigned schedule.
4  Failure to comply with this order may result in a recommendation that this action be
5 dismissed.
6  IT IS SO ORDERED.
7  **Dated:**   **November 13, 2007**              /s/ **Dennis L. Beck**
                                                            UNITED STATES MAGISTRATE JUDGE