McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel
SARAH RYAN
Special Assistant U.S. Attorney
Social Security Administration
Office of Regional Counsel
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8978
Fax: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAVID TAYLOR, ) | Case No. 1:06-CV-1663 DLB |
| Plaintiff, ) | STIPULATION AND ORDER EXTENDING TIME |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner of Social Security, ) | |
| Defendant. ) | |

    The parties hereby move the Court to extend the briefing schedule as follows, for the following reasons. Plaintiff, who appears pro se, was granted an extension of time until September 24, 2007, to transmit his confidential letter brief to Defendant. Plaintiff did not meet that deadline, but did send his confidential letter brief to Defendant on October 19, 2007, thereby indicating his desire to continue prosecuting his complaint. The gravamen of Plaintiff's alleged impairment is mental disability, and he relies on his mother, Tina Jackson Taylor, to aid him in the prosecution of his complaint. Mrs. Taylor has been in communication with the undersigned attorney of record for Defendant and assures said attorney that Plaintiff wishes to proceed on his complaint.

Therefore, the parties request that the Court extend the scheduling deadlines as follows, bearing in mind that Plaintiff will file manually and shall be served manually:

1. Defendant shall respond to Plaintiff's confidential letter brief on or before 35 days from October 19, 2007, or by November 24, 2007.  If no agreement to voluntarily remand the case is reached, the following briefing schedule shall apply:

2. Plaintiff shall file his written motion for summary judgment on or before 30 days after receiving notice that Defendant does not agree to a voluntary remand.

3.  Defendant shall file his cross-motion for summary judgment and response to Plaintiff's motion for summary judgment on or before 30 days after receiving Plaintiff's motion for summary judgment.

4. Plaintiff shall file his optional reply, if he wishes, on or before 14 days after receiving Defendant's cross-motion and response.

The matter shall then be submitted to the Court for decision without oral arguments.

Respectfully submitted,

Dated: November 14, 2007         /s/ David Taylor
                                 DAVID TAYLOR (by telephone permission)
                                 Plaintiff, Pro Se, and through Tina Jackson Taylor

Dated: November 14, 2007         McGREGOR W. SCOTT
                                 United States Attorney

                                  /s/ Sarah Ryan
                                 SARAH RYAN
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **November 15, 2007**              **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE