IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAYLOR, ) | 1:06cv1663 DLB |
|       Plaintiff, ) | |
| ) | ORDER TO SHOW CAUSE |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
|       Defendant. ) | |

On November 15, 2006, Plaintiff, appearing pro se, filed the present action for judicial review of the denial of Social Security benefits. Pursuant to the agreement of the parties, Plaintiff was to file his opening brief no later than December 24, 2007. He has not done so.

Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why the action should not be dismissed for failure to comply with the Court's November 19, 2007, order granting the parties' request for an extension of time. Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order. If Plaintiff desires more time to file his brief, he should so state in her response.

1

1 | Failure to respond to this Order to Show Cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:     **January 10, 2008**                    **/s/ Dennis L. Beck**
                                                               UNITED STATES MAGISTRATE JUDGE