```
McGREGOR W. SCOTT
United States Attorney
DONNA M. MONTANO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>Michael Astrue,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | 1:06cv1663 DLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME**<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br>**(Document 18)** |

I Donna Montano, am the Special Assistant United States Attorney newly assigned to this case as agency counsel for Michael J. Astrue. This case was re-assigned to me two days ago because prior agency counsel, Sarah Ryan, is on extended medical leave. I am filing this stipulation on behalf of the undersigned parties. Plaintiff, David Taylor, alleges a mental disorder and is proceeding pro se, with the assistance of his mother, Dina Taylor.

This Court issued an OSC on January 10, 2008, because Plaintiff has not filed his brief in this case. Plaintiff sent his Confidential Letter to Defendant's then attorney, Sarah Ryan, on October 19, 2007. On November 14, 2007, Sarah Ryan filed a

1

stipulation and proposed order requesting an extension to respond to the Confidential Letter, and to extend the remaining scheduling dates; the Court approved the stipulation on November 15, 2007.

The Court issued the OSC because Plaintiff did not file his brief withing 30 days from receiving the Defendant's response to his Confidential Letter brief (i.e., by December 24, 2008). However, because Assistant Regional Counsel Sarah Ryan has been out of the office on medical leave, it is unclear whether any response to Plaintiff's Confidential Letter was ever completed to trigger Plaintiff's deadline of December 24, 2008. Plaintiff, through his mother, represents that he never received a response to his Confidential Letter. There is no response to the Confidential Letter in the file.

Thus, in order to prevent an unjust forfeiture of this case by Plaintiff (who is proceeding pro se and asserts he did not receive a response to his Confidential Letter), the parties hereby request that the OSC be discharged, and that the following revised scheduling order be approved:

1. Today, on January 25, 2008, Defendant, through the undersigned Special Assistant United States Attorney, Donna M. Montano, shall respond to Plaintiff's Confidential Letter.

2. Plaintiff will file his pro se brief manually, on or before February 29, 2008.

3. Defendant will respond to Plaintiff's Brief on March 31, 2008. All other dates in the Courts Scheduling Order are extended accordingly.

The parties request that the OSC be discharged, and that the scheduling order be revised to allow Plaintiff additional time to file his pro se brief.

                              Respectfully submitted,

Dated: 1/25/08          /s/ *David Taylor*
_____
David Taylor, Pro se
(Plaintiff, Pro Se, through Dina Taylor)

Dated: 1/25/08          McGREGOR W. SCOTT
United States Attorney

                              /s/ *Donna Montano*
_____
Donna M. Montano
Special Assistant U.S. Attorney

                              Attorneys for Defendant

IT IS SO ORDERED.

**Dated:  January 28, 2008**                 /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE