McGREGOR W. SCOTT
United States Attorney
DONNA M. MONTANO
Special Assistant U.S. Attorney
333 Market Street, Suite 1500
San Francisco, CA 94105
Telephone: (415) 977-8985
Facsimile: (415) 744-0134

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID TAYLOR, | ) | 1:06-CV-1663 DLB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER TO EXTEND TIME** |
| v. | ) | **FOR GOOD CAUSE** |
| | ) | |
| Michael Astrue, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   I Donna Montano, am the undersigned Special Assistant United States Attorney recently re-assigned to this case as agency counsel for Michael J. Astrue.  This case was re-assigned to me because prior agency counsel, Sarah Ryan, was on extended medical leave.

   On January 28, 2008, this Court granted the parties stipulation for additional time to brief this case.  In accordance with the stipulation, Plaintiff, in pro se, filed his brief with the assistance of his mother, Dina Taylor, on February 29, 2008.  By stipulation of the parties, Defendant's response is due today.  I hereby request an additional 21 days, to and including April 21, 2008 to file Defendant's response to Plaintiff's Brief.  I am

1

requesting the extension for good cause.  Specifically, I was unable to complete my response by today because I was ill part of last week, and because I was working on multiple other assignments before that.  In addition, I will be out of the office until April 7, 2008.  Defendant is filing this motion, instead of a stipulation, because the undersigned could not reach Plaintiff by telephone.  The undersigned apologizes for any inconvenience this has caused the Court or Plaintiff.  The extension is necessary in order to draft an appropriate response to Plaintiff's pro se brief.

Dated: 3/31/08

McGREGOR W. SCOTT
United States Attorney

/s/ *Donna Montano*
_____
Donna M. Montano
Special Assistant U.S. Attorney

Attorneys for Defendant

IT IS SO ORDERED.

**Dated:  April 2, 2008**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

2